# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–2 | User: admin | Date Created: 1/3/2024 |
| Case: 23–02038–kl | Form ID: 613 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Brooks J. Grainger      bankruptcy@krisorlaw.com

TOTAL: 1