IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: TYRA MARTIN, | ) | CASE NO.: 23-21697 |
| Debtor. | ) | CHAPTER 13 |
| ****************************** | ) | |
| LaPorte Community Federal Credit Union, | ) | |
| Plaintiff, | ) | ADVERSARY CASE NO.: 23-02038 |
| -vs- | ) | |
| | ) | |
| TYRA MARTIN, | ) | |
| Defendant. | ) | |

## ORDER

Comes now Dan Whitten and, having filed his request for additional time to file an Answer to Plaintiff's Complaint, and the Court having reviewed same,

**IT IS HEREBY ORDERED**

Granted. Answer to be filed on or before March 1, 2024.

Date: _March 9, 2024_

_____
Judge, U.S. Bankruptcy Court