# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Tyra Lynette Martin ) | |
| Debtor ) | |
| ) | Case No.: 23–21697–kl |
| ) | Chapter 13 |
| LaPorte Community Federal Credit Union ) | |
| ) | |
| Plaintiff(s) ) | |
| v. ) | |
| Tyra Lynette Martin ) | |
| ) | |
| Defendant(s) ) | Adv. Proc. No. 23–02038–kl |

## ORDER FOR INITIAL TELEPHONIC PRETRIAL CONFERENCE[1]

The Attorneys for the respective Parties to the above–captioned Adversary Proceeding are hereby **Ordered** to appear before the undersigned Judge of this Court on The 27th of March, 2024 , at 11:10 AM , or as soon thereafter as counsel may be heard, for an Initial Telephonic PreTrial Conference within the intendment of Fed. R. Civ. P. 16, as made applicable by Fed. R. Bk. P. 7016, and N.D. Ind. L.B.R. B–7016–1.

Counsel shall be prepared to discuss, among other things, the simplification of the issues of law, the positions of the respective parties, stipulations as to facts and the authenticity of documents, possible settlement, and any subject set out in Fed. R. Civ. P. 16(c)(1)–(16).

At least one of the attorneys for each party participating in any conference before trial shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed.

Any request for a continuance of any conference before trial must be byVerified Motion filed with the Court prior to the above hearing date showing good cause therefore signed by at least one attorney of record with copies of the same _first_ served upon all opposing counsel. If no such Motion is filed, the Court may proceed to conduct said pre–trial conference.

In the event this matter is settled, the attorneys are to immediately advise the Court of that fact.

Dated: March 7, 2024 .

Kent Lindquist<br>
Judge, United States Bankruptcy Court

---

[1] THIS INITIAL PRETRIAL CONFERENCE SHALL BE HELD TELEPHONICALLY ON THE DATE AND TIME SET OUT ABOVE. THE COURT WILL INITIATE AND SET UP A CONFERENCE CALL WITH COUNSEL FOR PLAINTIFF AND DEFENDANT(S) WHO SHALL BE PRESENT AND AVAILABLE IN THEIR RESPECTIVE OFFICES FOR SAID PHONE CONFERENCE AT SAID DATE AND TIME.